## MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
## AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: _Marshall Sr._____ JAD/TPA/CMB/GLT

Case Number: _17-22229_

Date of Meeting: _8_/_7_/_17_____          Recording # _7_

Debtor(s) present _✓_ or Not Present _____ (__No Payments Made or _✓_ partial payments)

Attorney for debtor(s) _Geisler_____ (Present _✓_ or Not Present_____)

Date of Plan at § 341:_____ Applicable commitment period ___3 yrs ___5 yrs

W is in ch 13 Pamela Tyler

Form 122 C

Need analysis as to FMV and liens for rental property

_____ Meeting HELD and CONCLUDED
__✓__ Meeting HELD but CONTINUED (not closed) 2016 tax return unfiled
_____ Meeting NOT HELD                    _____ Order to Show Cause Requested
                                           _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____Final _____ Interim
_____ Amended Plan due:_____: Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
    __✓__ 341 Meeting    OR __✓__ Conciliation Conf. OR ___ *Contested Hearing
    On _9-28-17_____ at _1:30_ am/pm Location _3251 US Steel_

_____
Chapter 13 Trustee/Attorney for Trustee