MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Marshall SR.** _____ JAD/TPA/CMB/**GLT**

Case Number: **17-22229**

Date of Meeting: **8/7/17**     Recording # **7**

Debtor(s) present **✓** or Not Present ___  (__No Payments Made or **✓** partial payments)

Attorney for debtor(s) **Geisler** _____ (Present **✓** or Not Present___)

Date of Plan at § 341: _____  Applicable commitment period ___3 yrs ___5 yrs

W is in ch 13 Pamela Tyler

Form 122 C

Need analysis as to FMV and liens for rental project

___ Meeting HELD and CONCLUDED
**✓** Meeting HELD but CONTINUED (not closed) **2016 tax return unfiled**
___ Meeting NOT HELD         ___ Order to Show Cause Requested
                              ___ To be rescheduled by Clerk

___ Confirmation Order recommended  ___ Final  ___ Interim
___ Amended Plan due:_____; Objections due:_____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
**✓** Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
**✓** Continued to:
    **✓** 341 Meeting   OR   **✓** Conciliation Conf. OR ___*Contested Hearing
On **9-28-17** at **1:30** am/pm  Location **3251 US Steel**

_____
Chapter 13 Trustee/Attorney for Trustee