# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| DAVID O. MARSHALL, SR. | Case No. 17-22229GLT |
| Debtor(s) | |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | Chapter 13 |
| Movant | |
| vs. | Document No __ |
| ACE PROPERTY GROUP LLC | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

CREDITOR'S MAIL HAS BEEN RETURNED AS UNDELIVERABLE.  NO PROOF OF CLAIM HAS BEEN FILED.  NO CHANGE OF ADDRESS HAS BEEN FILED.

| | |
|---|---|
| ACE PROPERTY GROUP LLC<br>17792 MORO RD<br>SALINAS, CA 93907 | Court claim# /Trustee CID# 2 |

The Movant further certifies that on 05/07/2018 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>DAVID O. MARSHALL, SR., 944 LILLY LANE, PITTSBURGH, PA  15221 | DEBTOR'S COUNSEL:<br>MICHAEL S GEISLER ESQ, 201 PENN CENTER BLVD STE 524, PITTSBURGH, PA  15235 |
|---|---|
| :<br>ACE PROPERTY GROUP, 262 EAST GATE DR, PMB 266, AIKEN, SC 29803<br><br>NEW CREDITOR: | ORIGINAL CREDITOR:<br>ACE PROPERTY GROUP LLC, 17792 MORO RD, SALINAS, CA  93907 |