# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DAVID O. MARSHALL, SR.                          Case No. 17-22229GLT

        Debtor(s)
RONDA J. WINNECOUR,                             Chapter 13
Standing Chapter 13 Trustee,

        Movant                              Document No __
vs.
VISIO FINANCIAL SERVICES INC++

        Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor's mailing address is defunct according to the Postal Service. No change of address has been received. No claim has been filed.

VISIO FINANCIAL SERVICES INC++           Court claim# /Trustee CID# 6
C/O CLEARSPRING LOAN SERVICES
18451 N DALLAS PKWY STE 100
DALLAS, TX 75287

The Movant further certifies that on 07/10/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
DAVID O. MARSHALL, SR., 944 LILLY LANE, PITTSBURGH, PA  15221

DEBTOR'S COUNSEL:
MICHAEL S GEISLER ESQ, 201 PENN CENTER BLVD STE 524, PITTSBURGH, PA  15235

ORIGINAL CREDITOR:
VISIO FINANCIAL SERVICES INC++, C/O CLEARSPRING LOAN SERVICES, 18451 N DALLAS PKWY STE 100, DALLAS, TX  75287

ORIGINAL CREDITOR'S COUNSEL:
JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

NEW CREDITOR: