# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David O. Marshall, Sr.<br><br>　　　　　　Debtor(s)<br><br>Visio Financial Services, Inc. c/o BSI Financial Services as Servicer<br><br>　　　　　　Movant<br>　　v.<br>David O. Marshall, Sr.<br><br>　　　　　　Respondent<br>　　and<br>Ronda J. Winnecour, Trustee<br><br>　　　　　　Additional Respondent | BK. NO. 17-22229 GLT<br><br>CHAPTER 13<br><br><br><br>Related to Docket No. 51 |

## DEFAULT ORDER ON MOTION TO ALLOW FILING OF CLAIM

This **4th Day of October,** 2019, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

**ORDERED THAT:** Movant is hereby granted approval to file a Proof of Claim.

Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest and file a certificate of Service.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cc:　James C. Warmbrodt, Esq.
　　　jwarmbrodt@kmllawgroup.com
　　　KML Law Group, P.C.
　　　701 Market Street, Suite 5000
　　　Philadelphia, PA 19106
　　　Attorney for Movant/Applicant

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David O. Marshall, Sr.  
    Debtor

Case No. 17-22229-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: mgut    Page 1 of 1    Date Rcvd: Oct 04, 2019  
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2019.  
db          +David O. Marshall, Sr.,    944 Lilly Lane,    Pittsburgh, PA 15221-3912

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2019 at the address(es) listed below:  
         James   Warmbrodt     on behalf of Creditor    Visio Financial Services, Inc. bkgroup@kmllawgroup.com  
         Jeffrey R. Hunt     on behalf of Creditor    County of Allegheny jhunt@grblaw.com,  
          cnoroski@grblaw.com  
         Jeffrey R. Hunt     on behalf of Creditor    Woodland Hills School District jhunt@grblaw.com,  
          cnoroski@grblaw.com  
         Michael S. Geisler     on behalf of Debtor David O. Marshall, Sr. m.s.geisler@att.net,  
          msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com  
         Office of the United States Trustee      ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
         S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                            TOTAL: 7