# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DAVID O. MARSHALL, SR.                                    Case No. 17-22229GLT

        Debtor(s)
RONDA J. WINNECOUR,                                       Chapter 13
Standing Chapter 13 Trustee,

        Movant                                          Document No __
vs.
ACE PROPERTY GROUP LLC++

        Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

CREDITOR'S MAIL HAS BEEN RETURNED AS UNDELIVERABLE. NO PROOF OF CLAIM HAS BEEN FILED. NO CHANGE OF ADDRESS HAS BEEN FILED

ACE PROPERTY GROUP LLC++                           Court claim# NC/Trustee CID# 2
17792 MORO RD
SALINAS, CA 93907

The Movant further certifies that on 02/03/2020 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>DAVID O. MARSHALL, SR., 944 LILLY LANE, PITTSBURGH, PA  15221 | DEBTOR'S COUNSEL:<br>MICHAEL S GEISLER ESQ, 201 PENN CENTER BLVD STE 524, PITTSBURGH, PA  15235 |
| :<br>ACE PROPERTY GROUP, 262 EAST GATE DR, PMB 266, AIKEN, SC 29803<br><br>NEW CREDITOR: | ORIGINAL CREDITOR:<br>ACE PROPERTY GROUP LLC++, 17792 MORO RD, SALINAS, CA 93907 |