**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

02/03/2020

IN RE:

| | |
|---|---|
| DAVID O. MARSHALL, SR.<br>944 LILLY LANE<br>PITTSBURGH, PA 15221<br>XXX-XX-8320        Debtor(s) | Case No.17-22229 GLT<br><br>Chapter 13 |

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

---

        NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

        This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

        This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

        The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/3/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **JEFFREY R HUNT ESQ** | Trustee Claim Number:1  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| GOEHRING ET AL | Court Claim Number: | ACCOUNT NO.: |
| 437 GRANT ST 14TH FL | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219-6107 | COMMENT:  ALLEGHENY CO/PRAE | |

| | | |
|---|---|---|
| **ACE PROPERTY GROUP LLC++** | Trustee Claim Number:2  INT %: 6.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| 17792 MORO RD | Court Claim Number:NC | ACCOUNT NO.: |
| | CLAIM:  26,835.00 | |
| SALINAS, CA  93907 | COMMENT:  $@6%MDF/PL*ND ACCT NO*NTC-RSV | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (R/E TAX)*** | Trustee Claim Number:3  INT %: 12.00% | CRED DESC:  SECURED CREDITOR |
| %JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:2 | ACCOUNT NO.:  5B52 |
| POB 200 | | |
| | CLAIM:  414.36 | |
| BETHEL PARK, PA  15102 | COMMENT:  375-B-52;15-17*CL2GOV*NO TAX YRS/SCH*139@12%~15/PL*W/31 | |

| | | |
|---|---|---|
| **MBANK** | Trustee Claim Number:4  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| 17898 SW MCEWAN RD STE 200 | Court Claim Number:NC | ACCOUNT NO.:  1112 |
| | CLAIM:  0.00 | |
| TIGARD, OR  97224 | COMMENT:  NT PROV/PL*NO$~VRFY TYPE?/SCH | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:5  INT %: 8.00% | CRED DESC:  VEHICLE |
| POB 94982 | Court Claim Number:6 | ACCOUNT NO.:  3196 |
| | CLAIM:  10,046.92 | |
| CLEVELAND, OH  44101 | COMMENT:  14260.81@8%MDF/PL*0%/FACE*PIF/CR/LTR*CL=11492.87 | |

| | | |
|---|---|---|
| **VISIO FINANCIAL SERVICES INC** | Trustee Claim Number:6  INT %: 6.00% | CRED DESC:  MORTGAGE PAID IN FULL |
| C/O BSI FINANCIAL SERVICES(*) | Court Claim Number:9 | ACCOUNT NO.:  3395 |
| LOCKBOX NUMBER 679002 | | |
| 1200 E CAMPBELL RD STE 108 | CLAIM:  21,347.00 | |
| RICHARDSON, TX  75081 | COMMENT:  $/CL-PL@6%MDF/PL-CL*LATE~ALLOWED/DOE*DK | |

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:7  INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:1 | ACCOUNT NO.:  8320 |
| STRAWBERRY SQ | | |
| | CLAIM:  324.76 | |
| HARRISBURG, PA  17128 | COMMENT:  CL1GOV*677@0%/PL | |

| | | |
|---|---|---|
| **MUNHALL BOROUGH REAL ESTATE TX** | Trustee Claim Number:8  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| CURRENT YEAR TAX OFFICE | Court Claim Number: | ACCOUNT NO.:  J137 |
| 1900 WEST ST | | |
| | CLAIM:  0.00 | |
| MUNHALL, PA  15120 | COMMENT:  NO$~CONFIRM TAX TYPE/SCH | |

| | | |
|---|---|---|
| **HENRY AND CAROLYN SMITH** | Trustee Claim Number:9  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 115 N BEATTY ST APT 318 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15221 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **CBCS** | Trustee Claim Number:10 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 2724 | Court Claim Number: | ACCOUNT NO.:  2197 |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43216-2724 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **CLEARSPRING LOAN SERVICES++** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 18451 NORTH DALLAS PKWY | Court Claim Number: | ACCOUNT NO.:  0049 |
| | CLAIM:  0.00 | |
| DALLAS, TX  75287 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN: TARA R PFEITER, LITIGATION COUNSEL | Court Claim Number: | ACCOUNT NO.: |
| 411 7TH AVE | | |
| MAIL DROP 16-1 | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **FCI LENDER SERVICES INC** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 8180 E KAISER BLVD | Court Claim Number: | ACCOUNT NO.:  1112 |
| | CLAIM:  0.00 | |
| ANAHEIM HILLS, CA  92808 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **GREAT VACATION SERVICES** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6335 METRO WEST BLVD STE 180 | Court Claim Number: | ACCOUNT NO.:  5028 |
| | CLAIM:  0.00 | |
| ORLANDO, FL  32835 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **DISTRICT COURT** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| #05 2 15 | Court Claim Number: | ACCOUNT NO.: |
| 510 E 8TH AVE | | |
| | CLAIM:  0.00 | |
| MUNHALL, PA  15120 | COMMENT: | |

| | | |
|---|---|---|
| **KALMEYER AND KALMEYER** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 410 RODI RD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15235 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **LEGAL TAX SERVICE INC*** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 714 LEBANON RD | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| WEST MIFFLIN, PA  15122 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **LMS PROPERTIES ERIE** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 10954 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| ERIE, PA  16514 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **LOBOS MANAGEMENT** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 81067 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15217 | COMMENT:  NO$~OAK MANOR/SCH | |

| | | |
|---|---|---|
| **PA AMERICAN WATER(*) AKA AMERICAN WATE**| Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 371412 | Court Claim Number: | ACCOUNT NO.:  5863 |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15250 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **OFFICE OF UC BENEFITS POLICY\*\*** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| DEPARTMENT OF LABOR AND INDUSTRY - UC DCourt Claim Number: | | ACCOUNT NO.: |
| LABOR & INDUSTRY BLDG 10TH FL | | |
| 651 BOAS ST | CLAIM: 0.00 | |
| HARRISBURG, PA 17121 | COMMENT: NO$~ND MORE INFO/SCH | |

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC\*** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number:8 | ACCOUNT NO.: 1522 |
| 375 NORTH SHORE DR | | |
| | CLAIM: 955.90 | |
| PITTSBURGH, PA 15212 | COMMENT: X0165-NO$/SCH\*TIMELY FLD/OE | |

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC\*** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.: 0108 |
| 375 NORTH SHORE DR | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15212 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **POWERS KIRN & ASSOCIATES LLC** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| EIGHT NESHAMINY INTERPLEX STE 215 | Court Claim Number: | ACCOUNT NO.: 1112 |
| | | |
| | CLAIM: 0.00 | |
| TREVOSE, PA 19053 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **REGUS** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 842456 | Court Claim Number: | ACCOUNT NO.: 4282 |
| | | |
| | CLAIM: 0.00 | |
| DALLAS, TX 75285 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **JULIE WARDIGO** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O ROBERT S ADAMS ESQ | Court Claim Number:7 | ACCOUNT NO.: |
| 427 GRANT ST STE 501 | | |
| | CLAIM: 27,150.00 | |
| PITTSBURGH, PA 15219 | COMMENT: NO$/SCH\*NO ACCT NUM/SCH-CL\*W/37 | |

| | | |
|---|---|---|
| **WILKINSBURG-PENN JT WATER AUTH** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 2200 ROBINSON BLVD | Court Claim Number: | ACCOUNT NO.: |
| | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15221 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **JEFFREY R HUNT ESQ** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| GOEHRING ET AL | Court Claim Number: | ACCOUNT NO.: |
| 437 GRANT ST 14TH FL | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219-6107 | COMMENT: WOODLAND HILLS SD/PRAE | |

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE\*** | Trustee Claim Number:29 INT %: 4.00% | CRED DESC: SECURED CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:1 | ACCOUNT NO.: 8320 |
| STRAWBERRY SQ | | |
| | CLAIM: 804.14 | |
| HARRISBURG, PA 17128 | COMMENT: CL1GOV\*NO SEC/SCH\*NT PROV/PL | |

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE\*** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:1 | ACCOUNT NO.: 8320 |
| STRAWBERRY SQ | | |
| | CLAIM: 15.65 | |
| HARRISBURG, PA 17128 | COMMENT: NO GEN UNS/SCH | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (R/E TAX)\*** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| %JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:2 | ACCOUNT NO.: 5B52 |
| POB 200 | | |
| | CLAIM: 136.69 | |
| BETHEL PARK, PA 15102 | COMMENT: 375-B-52;15-17\*NON%\*CL2GOV\*NO TAX YRS/SCH\*139@12%~15/PL\*W/3 | |

| | | |
|---|---|---|
| **WOODLAND HILLS SD (N BRADDOCK)(RE)** | Trustee Claim Number:32 INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC-DELQ CLLCTR | Court Claim Number:3 | ACCOUNT NO.: 5B52 |
| 102 RAHWAY RD | | |
| | CLAIM: 1,394.30 | |
| MCMURRAY, PA 15317 | COMMENT: 375-B-52;15,16\*CL3GOV\*NT/SCH\*NT PROV/PL\*W/33 | |

| | | |
|---|---|---|
| **WOODLAND HILLS SD (N BRADDOCK)(RE)** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SVC-DELQ CLLCTR | Court Claim Number:3 | ACCOUNT NO.: 5B52 |
| 102 RAHWAY RD | | |
| | CLAIM: 406.61 | |
| MCMURRAY, PA 15317 | COMMENT: 375-B-52;15,16\*NON%\*CL3GOV\*NT/SCH\*NT PROV/PL\*W/32 | |

| | | |
|---|---|---|
| **CLERK, U S BANKRUPTCY COURT** | Trustee Claim Number:34 INT %: 0.00% | CRED DESC: FILING FEES |
| ATTN: FILING FEE CLERK | Court Claim Number: | ACCOUNT NO.: 17-22229-GLT |
| 600 GRANT ST 5414 US STEEL TWR | | |
| | CLAIM: 310.00 | |
| PITTSBURGH, PA 15219 | COMMENT: FEES/PL | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:35 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:4 | ACCOUNT NO.: 1127 |
| | CLAIM: 1,851.78 | |
| NORFOLK, VA 23541 | COMMENT: CAP ONE | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:36 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:5 | ACCOUNT NO.: 8697 |
| | CLAIM: 1,722.25 | |
| NORFOLK, VA 23541 | COMMENT: NT/SCH\*CITIBANK/SEARS | |

| | | |
|---|---|---|
| **JULIE WARDIGO** | Trustee Claim Number:37 INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| C/O ROBERT S ADAMS ESQ | Court Claim Number:7 | ACCOUNT NO.: |
| 427 GRANT ST STE 501 | | |
| | CLAIM: 2,850.00 | |
| PITTSBURGH, PA 15219 | COMMENT: NO PRI/SCH-PL\*NO ACCT NUM/SCH-CL\*W/26\*DK | |

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC\*** | Trustee Claim Number:38 INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.: 3793 |
| 375 NORTH SHORE DR | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15212 | COMMENT: $OE\*BGN 7/19 DISTRIB\*DK | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (R/E TAX)\*** | Trustee Claim Number:39 INT %: 12.00% | CRED DESC: SECURED CREDITOR |
| %JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:2 | ACCOUNT NO.: J138 |
| POB 200 | | |
| | CLAIM: 86.09 | |
| BETHEL PARK, PA 15102 | COMMENT: 179-J-138;17\*PROP NT PROV/PL\*W/40 | |

| | | |
|---|---|---|
| **COUNTY OF ALLEGHENY (R/E TAX)\*** | Trustee Claim Number:40 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| %JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:2 | ACCOUNT NO.: J138 |
| POB 200 | | |
| | CLAIM: 6.88 | |
| BETHEL PARK, PA 15102 | COMMENT: 179-J-138;17\*NON%\*PROP NT PROV/PL\*W/39 | |

| COUNTY OF ALLEGHENY (R/E TAX)* | Trustee Claim Number:41  INT %:  12.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| %JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:2 | ACCOUNT NO.:  J137 |
| POB 200 | | |
| | CLAIM:  87.50 | |
| BETHEL PARK, PA  15102 | COMMENT:  179-J-137;17*PROP NT PROV/PL*W/42 | |

| COUNTY OF ALLEGHENY (R/E TAX)* | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  SECURED CREDITOR |
|---|---|---|
| %JORDAN TAX SVC-CUR/DLNQ CLCTR | Court Claim Number:2 | ACCOUNT NO.:  J137 |
| POB 200 | | |
| | CLAIM:  7.01 | |
| BETHEL PARK, PA  15102 | COMMENT:  179-J-137;17*NON%*PROP NT PROV/PL*W/41 | |