IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
David O. Marshall, Sr.                         :    Case No.17-22229-GLT
                                               :    Chapter 13
       Debtor(s)              :
Ronda J. Winnecour, Trustee                    :
                                               :    Re Doc. 59 and 60
       Movant(s)              :
                                               :
       vs.                    :
David O. Marshall, Sr.                         :
Ace Property Group LLC                         :    Hearing Date: 4/8/20
Property Solutions Unlimited                   :    at 11:00 a.m.
       Respondent(s)          :

## CERTIFICATE OF SERVICE

I, Rosa M. Richard of the Office of the Chapter 13 Trustee, Suite 3250, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

Certify:

That I am, and at all times hereinafter mentioned, more than 18 years of age;

That on the 27th day of February 2020, I served a copy of the Trustee's Motion for Modification of Chapter 13 Plan and Order Scheduling Dates for Response and Hearing on Motion.

The Parties in interest served in this proceeding, by:
First Class Postage Prepaid Mail

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

David O. Marshall, Sr.
944 Lilly Lane
Pittsburgh, PA 15221

Michael S. Geisler, Esquire
201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235

Ace Property Group LLC
17792 Moro Road
Salinas, CA 93907

Property Solutions Unlimited
PO Box 291
Pittsburgh, PA  15145

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 2/27/2020          /s/ Rosa M. Richard
          (date)                Rosa M. Richard
                                          Suite 3250- US Steel Tower
                                          600 Grant Street
                                          Pittsburgh PA 15219
                                          412-471-5566
                                          cmecf@chapter13trusteewdpa.com