FILED
3/16/20 9:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
David O. Marshall, Sr.                      :    Case No.17-22229-GLT
                                            :    Chapter 13
        Debtor(s)                           :
Ronda J. Winnecour, Trustee                 :
                                            :    Related to Docket No. 59
        Movant(s)                           :
                                            :
        vs.                                 :
David O. Marshall, Sr.                      :
Ace Property Group LLC                      :    Hearing Date
Property Solutions Unlimited                :
        Respondent(s)                       :

## ORDER OF COURT

AND NOW, this __16th__ day of __March__ 2020, it is ORDERED than an amended plan shall be filed on or before __April 2, 2020__. Objections by creditors are due __May 2, 2020__. A conciliation conference/ plan confirmation hearing shall be held on __June 11, 2020__ at __11:00__ AM in Suite 3251 USX Tower, 600 Grant Street, Pittsburgh PA 15219.

BY THE COURT:

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-22229-GLT
David O. Marshall, Sr.                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dkam            Page 1 of 2              Date Rcvd: Mar 16, 2020
                            Form ID: pdf900       Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2020.
```
db             +David O. Marshall, Sr.,    944 Lilly Lane,     Pittsburgh, PA 15221-3912
cr             +County of Allegheny,    Goehring, Rutter & Boehm,     437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA 15219-6101
cr             +Woodland Hills School District,    Goehring, Rutter, and Boehm,      437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA  15219,    UNITED STATES 15219-6101
14649236       +ACE Property Group,    17792 Moro Road,     Salinas, CA 93907-8524
14635119       +ACE Property Group,    262 East Gate Drive,    PMB 266,    Aiken, SC 29803-7698
14635120       +Borough of Munhall,    Tax Department,    1900 West Street,    Munhall, PA 15120-2561
14635122        CBCS,   P.O. Box 2724,    Columbus, OH 43216-2724
14635123       +Clear Spring,    18451 North Dallas Parkway, Suite 100,     Dallas, TX 75287-5209
14659270       +County of Allegheny,    Goehring, Rutter & Boehm,     c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14649237        County of Allegheny,    c/o Goehring, Rutter & Boehm,     14th Floor, Frick Building,
                 Pittsburgh, PA 15219
14635125       +FCI Lender Services, Inc.,    8190E. Kaiser Blvd.,     Anaheim, CA 92808-2215
14635126        Grand Vacation Services, LLC,     6335 Metro West Blvd., Suite 180,    Orlando, FL 32835
14635127        Honorable Thomas R. Torkowsky,    510 East 6th Avenue,     Munhall, PA 15120
14635128       +Kalmeyer & Kalmeyer,    410 Rodi Road,    Pittsburgh, PA 15235-4519
14649239       +LMS Properties Erie, LLC,    P.O. Box 10954,    Erie, PA 16514-0954
14649238       +Legal Tax Service, Inc.,    714 Lebanon Road,    West Mifflin, PA 15122-1030
14635129       +Lobos Management Co.,    P.O. Box 81067,    Pittsburgh, PA 15217-0567
14635130       +MBank,    17898 SW McEwan Road, Suite 200,     Tigard, OR 97224-7217
14700650       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
14635135       +PNC Bank,   P.O. Box 535230,    Pittsburgh, PA 15253-5230
14635131        Pa-American Water Company,    P.O. Box 347412,    Pittsburgh, PA 15250-7412
14635132        Pa. Dept. of Labor and Industry,    Employer’s Charge Section,     P.O. Box 67504,
                 Harrisburg, PA 17106-7504
14635133        Peoples Natural Gas Company,    P.O. Box 535323,    Pittsburgh, PA 15253-5323
15055171       +Peoples Natural Gas Company LLC,     c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14635136       +Powers, Kirn & Associates, LLC,    Eight Neshaminy Interplex, Suite 215,
                 Trevose, PA 19053-6980
14635137        Regus,   P.O. Box 842456,    Dallas, TX 75284-2456
14649241        Shawn Brantley & Julie Wardigo,    35 & 36 Grant Street,     Munhall, PA 15120
14649242       +Visio Financial Services, Inc.,    18451 N. Dallas Parkway, Suite 100,     Dallas, TX 75287-5209
15137612       +Visio Financial Services, Inc.,    c/o BSI Financial Services,     1425 Greenway Drive, #400,
                 Irving, TX 75038-2480
14635138       +Wilkinsburg-Penn Joint Water Authority,     2200 Robinson Blvd.,    Pittsburgh, PA 15221-1193
14659271       +Woodland Hills School District,    Goehring, Rutter & Boehm,     c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14635124        E-mail/Text: kburkley@bernsteinlaw.com Mar 17 2020 03:57:39      Duquesne Light Company,
                 P.O. Box 1930,    Pittsburgh, PA 15230-1930
14696872        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 17 2020 04:01:42
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14643811        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 17 2020 03:56:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                              TOTAL: 3
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              Visio Financial Services, Inc.
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14643830*       Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14649240*       Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14635134*       Peoples Natural Gas Company,    P.O. Box 535323,    Pittsburgh, PA 15253-5323
14635121      ##+Carolyn J and Henry D. Smith,    115 N. Beatty Street, Apt. 318,    Pittsburgh, PA 15206-3059
                                                                                   TOTALS: 1, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: dkam               Page 2 of 2              Date Rcvd: Mar 16, 2020
                              Form ID: pdf900          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2020 at the address(es) listed below:
          James  Warmbrodt     on behalf of Creditor    Visio Financial Services, Inc. bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    Woodland Hills School District jhunt@grblaw.com,
           cnoroski@grblaw.com
          Michael S. Geisler    on behalf of Debtor David O. Marshall, Sr. m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7
```