**Form 151**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**David O. Marshall Sr.**
  Debtor(s)

Bankruptcy Case No.: 17–22229–GLT
Related to Docket No. 66
Chapter: 13
Docket No.: 67 – 66
Concil. Conf.: July 2, 2020 at 01:30 PM

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

on the respondent(s) at (list names and addresses here):

Executed on _____        _____
                    (Date)                                                        (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
David O. Marshall, Sr.  
    Debtor

Case No. 17-22229-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2　　User: dbas　　Page 1 of 1　　Date Rcvd: May 13, 2020  
　　　　　　　　　　Form ID: 151　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2020.
db　　　　+David O. Marshall, Sr.,　　944 Lilly Lane,　　Pittsburgh, PA 15221-3912

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2020 at the address(es) listed below:
　　　　James Warmbrodt　　on behalf of Creditor　　Visio Financial Services, Inc. bkgroup@kmllawgroup.com
　　　　Jeffrey R. Hunt　　on behalf of Creditor　　County of Allegheny jhunt@grblaw.com,
　　　　　cnoroski@grblaw.com
　　　　Jeffrey R. Hunt　　on behalf of Creditor　　Woodland Hills School District jhunt@grblaw.com,
　　　　　cnoroski@grblaw.com
　　　　Michael S. Geisler　　on behalf of Debtor David O. Marshall, Sr. m.s.geisler@att.net,
　　　　　msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
　　　　Office of the United States Trustee　　ustpregion03.pi.ecf@usdoj.gov
　　　　Ronda J. Winnecour　　cmecf@chapter13trusteewdpa.com
　　　　S. James Wallace　　on behalf of Creditor　　Peoples Natural Gas Company LLC sjw@sjwpgh.com,
　　　　　srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 7