Case 17-22229-GLT    Doc 71    Filed 07/07/20    Entered 07/07/20 12:42:43    Desc Main
Document      Page 1 of 1

FILED
7/7/20 12:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** DAVID O. MARSHALL
- **Case Number:** 17-22229-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JULY 02, 2020 01:30 PM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#66 - Amended Plan Dated 5/12/2020 (FC)
R / M #: 66 / 0

### Appearances:

- **Debtor:** Geisler
- **Trustee:** Winnecour / Pail / Katz / (DeSimone)
- **Creditor:** Robert Adams; Julie Wantigo

### Proceedings:

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **9-24-20** at **1:00**.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. ✓ Other:

Cont. for obj to cl#7 and 506 on Ace Property