IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| **DAVID O. MARSHALL, SR.,** | : | |
| | : | Case No. **17-22229-GLT** |
| | : | |
| *Debtor*, | : | Doc. No. |
| ====================================== | : | |
| **DAVID O. MARSHALL, SR.,** | : | Response Due: 10/10/2020 |
| | : | |
| *Movant*, | : | Hearing Date: 11/18/2020 at |
| vs. | : | 10:00 a.m. |
| **JULIE WARDIGO,** | : | |
| | : | |
| *Respondents*, | : | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON DEBTOR'S OBJECTION TO CLAIM OF JULIE WARDIGO

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights and property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion by no later than **10/10/2020**, (i.e., seventeen (17) days after the date of the service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court and the general procedures of this Court, and the general procedures of the presiding judge as found on the Court's web page at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to your lawyer at once.

A telephonic hearing will be held on November 18, 2020, at 10:00 a.m. before Judge Gregory L. Taddonio. Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at www.CourtCall.com  or at (866) 582-6878 no later than twenty-four (24) hours prior to the scheduled hearing. All counsel and parties participating telephonically shall comply with Judge Taddonio's Modified Telephonic Procedures (effective March 13, 2020), which can be found at www.pawb.uscourts.gov/procedures-2.

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

- 2 -

DATED: 9/23/2020

/s/ Michael S. Geisler

---
**MICHAEL S. GEISLER, ESQUIRE**
Attorney for Movant
Pa. I.D. No. 39414
201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele: (412) 613-2133
Fax:  (412) 372-2513
E-Mail: m.s.geisler@att.net