Case 17-22229-GLT    Doc 76    Filed 09/29/20    Entered 09/29/20 15:27:36    Desc Main
Document    Page 1 of 1

FILED
9/29/20 11:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: DAVID O. MARSHALL
- Case Number: 17-22229-GLT    Chapter: 13
- Date / Time / Room: THURSDAY, SEPTEMBER 24, 2020 01:00 PM    3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#66 - Continued Confirmation of Plan Dated 5/12/2020 (FC)
R / M #: 66 / 0

**Appearances:**

- Debtor: Geisler
- Trustee: Winnecour / Pail / Katz / DeSimone    Warmbrodt
- Creditor: Robt Adams — Julie Wardingo

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 11/5/20 at 9:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

341 still open
need 2016 tax return
need biz docs