Filed
11/18/20 2:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | :Chapter 13 |
| DAVID O. MARSHALL, SR., | : |
| | :Case No. 17-22229-GLT |
| Debtor, | : |
| ============================== | : |
| | |
| ROBERT S. ADAMS, ESQUIRE and | : Response Due: 11/7/2020 |
| POLLOCK BEGG, | |
| | : Hearing Date:  11/18/2020 |
| | : at 10:00 a.m. |
| v. | : |
| | : |
| DAVID O. MARSHALL, SR., | : |
| JULIE WARDIGO | :   Related to Docket No. 78 |
| RHONDA J. WINNECOUR, CHAPTER 13 | : |
| TRUSTEE | |
| | |
| Respondents, | : |

## **ORDER OF COURT**

AND NOW to-wit, this _18th Day of November,_ _ 2020 upon consideration of the within Motion to Withdraw as Counsel, it is hereby ORDERED, ADJUDGED and DECREED that Robert S. Adams, Esquire and Pollock Begg are hereby withdrawn as counsel for Julie Wardigo.

Julie Wardigo is granted a stay of any proceeding for 30 days while she obtains replacement counsel.

Withdrawal is conditioned upon Attorney Adams undertaking all reasonable efforts within the next 21 days to ascertain the current mailing address for his client, Julie Wardigo. Ms. Wardigo shall also be provided with notice of the continued hearing and the instruction that either she must appear or have counsel appear on her behalf at the continued hearing on January 13, 2021 involving the Debtor's objection to her proof of claim. To the extent Ms. Wardigo does not appear (either herself or through counsel, the claim objection may be sustained without further notice or hearing due to a failure to prosecute. Within 21 days of this Order, Attorney Adams shall file a status report

indicating all efforts to locate Ms. Wardigo and notify her of the continued hearing. Provided that

Attorney Adams complies with this Order, he shall not be required to attend the hearing on January

13, 2021.


_____

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 17-22229-GLT

David O. Marshall, Sr.                                                                          Chapter 13

     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: dkam                                        Page 1 of 2

Date Rcvd: Nov 18, 2020                       Form ID: pdf900                                   Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David O. Marshall, Sr., 944 Lilly Lane, Pittsburgh, PA 15221-3912 |
| | + | Robert S. Adams, Esq., Pollock Begg Komar Glasser, 437 Grant Street, Suite 501, Pittsburgh, PA 15219-6003 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2020                    Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Visio Financial Services  Inc. bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Woodland Hills School District jhunt@grblaw.com  cnoroski@grblaw.com |
| Michael S. Geisler | on behalf of Debtor David O. Marshall  Sr. m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Michael S. Geisler | on behalf of Plaintiff David O. Marshall  Sr. m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Robert S. Adams
                    on behalf of Creditor Julie Wardigo radams@pollockbegg.com  legaldudersa@msn.com;legaldudersa@hotmail.com

Robert S. Adams
                    on behalf of Auditor Julie Wardigo radams@pollockbegg.com  legaldudersa@msn.com;legaldudersa@hotmail.com

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

S. James Wallace
                    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 10