FILED
11/18/20 2:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| **DAVID O. MARSHALL, SR.,** | : | |
| | : | Case No. **17-22229-GLT** |
| *Debtor*, | : | |
| ================================= | : | |
| **DAVID O. MARSHALL, SR.,** | : | |
| | : | |
| *Movant*, | : | Hearing Date: January 13, 2021 at 9:00 AM |
| vs. | : | |
| **JULIE WARDIGO,** | : | |
| | : | Related to Docket No. 73 & 77 |
| *Respondents*, | : | |

### ORDER OF COURT

On November 18, 2020, a hearing was held on the *Objection to Claim No. 7 of Julie Wardigo* [Dkt. No. 73] and *The Response To Debtor's Objection to Claim No. 7 of Julie Wardigo by Julie Wardigo* [Dkt. No. 77]. **AND NOW**, this **18th Day of November, 2020** it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)    *The Debtor's Objection to Claim No. 7 of Julie Wardigo* [Dkt. No. 73] is CONTINUED to a hearing on January 13, 2021 at 9 a.m. This Continued Hearing is scheduled for a video conference, non-evidentiary hearing on at at at which time the parties and/or their counsel shall appear by video and the Court will dispose of the Motion. Parties or counsel of record who intend to participate in the hearing shall make arrangements as directed by Judge Taddonio's Modified Procedures For Remote Participation (http://www.pawb.uscourts.gov/procedures-2) no later than 4:00 p.m. on the business day prior to the hearing.

(2)    Debtor shall serve this Order upon Claimant Julie Wardigo and file a certificate of service.

Case Administrator to Serve:
David O Marshall, Sr.,
Michael S. Geisler, Esq.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22229-GLT |
| David O. Marshall, Sr. | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 2 |
| Date Rcvd: Nov 18, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

**Recip ID         Recipient Name and Address**
db          + David O. Marshall, Sr., 944 Lilly Lane, Pittsburgh, PA 15221-3912

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2020            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:

**Name                    Email Address**

Brian Nicholas
    on behalf of Creditor Visio Financial Services  Inc. bnicholas@kmllawgroup.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Woodland Hills School District jhunt@grblaw.com  cnoroski@grblaw.com

Michael S. Geisler
    on behalf of Plaintiff David O. Marshall  Sr. m.s.geisler@att.net,
    msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Michael S. Geisler
    on behalf of Debtor David O. Marshall  Sr. m.s.geisler@att.net,
    msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

| District/off: 0315-2 | User: dkam | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 18, 2020 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert S. Adams
    on behalf of Creditor Julie Wardigo radams@pollockbegg.com legaldudersa@msn.com;legaldudersa@hotmail.com

Robert S. Adams
    on behalf of Auditor Julie Wardigo radams@pollockbegg.com legaldudersa@msn.com;legaldudersa@hotmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 10