IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | :Chapter 13 |
| DAVID O. MARSHALL, SR., | : |
| | :Case No. 17-22229-GLT |
| Debtor, | : |
| =============================== | :Doc. No. |
| ROBERT S. ADAMS, ESQUIRE and POLLOCK BEGG, | : Response Due: |
| | : Hearing Date: |
| v. | : |
| DAVID O. MARSHALL, SR., | : |
| JULIE WARDIGO | : |
| RHONDA J. WINNECOUR, CHAPTER 13 TRUSTEE | |
| Respondents, | : |

## STATUS REPORT

Per Order of Court dated November 18, 2020, following is a status report of efforts made to contact/locate Claimant Julie Wardigo:

1. Beginning with correspondence in February and March of 2020 posted mail was returned as "not deliverable as addressed and unable to forward."

2. Communications did continue via email and telephone with Ms. Wardigo until July 20, 2020. Ms. Wardigo ceased responding to email. She was provided, however, with the following emailed documents but did not respond, nor were the emails returned:

    a. Debtor's Objection to Claim and Ms. Wardigo's Response (October 16, 2020);
    b. Motion to Withdraw (October 21, 2020);
    c. Certificate of No Objection (November 10, 2020);
    d. Proceeding Memorandum and 11/18/20 Order (November 20, 2020) with explanations of them notifying her of her obligations thereunder.

3. Numerous phone calls have been unreturned despite our leaving detailed voicemails requesting that she contact us as well as provide her new address.

4. Public record searches on Intelius, Spokeo, and Department of Court Records and other public records reveal no new physical or email addresses or phone numbers.

                                                Respectfully submitted,
                                                /s/ Robert S. Adams
                                                Robert S. Adams, Esquire
                                                Attorney for Respondent, Julie Wardigo
                                                PA. I.D. #21312
                                                P.O. Box 15010
                                                Pittsburgh, PA 15237

Service by First-Class Mail

Michael S. Geisler, Esquire
201 Penn Center Blvd., Suite 524
Pittsburgh, PA  15235

Ronda J. Winnecour, Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Service by Electronic Notification

Julie Wardigo
(redacted)

    The type(s) of service on the parties (first-class mail, electronic notification, hand delivery, or another type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

Date:  December 8, 2020

/s/ Robert S. Adams
Robert S. Adams, Esquire
Attorney for Respondent, Julie Wardigo
PA. I.D. #21312
P.O. Box 15010
Pittsburgh, PA 15237