FILED
12/14/20 8:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| **DAVID O. MARSHALL, SR.,** | : | |
| | : | Case No. **17-22229-GLT** |
| *Debtor*, | : | Doc. No. |
| ================================= | : | |
| **DAVID O. MARSHALL, SR.,** | : | Response Due: 10/10/2020 |
| | : | |
| *Movant*, | : | Hearing Date: 11/5/2020 at |
| vs. | : | 10:00 a.m. |
| **JULIE WARDIGO,** | : | |
| | : | |
| *Respondents*, | : | |

**ORDER OF COURT**

AND NOW, this 14th Day of December, 2020, upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED and DECREED, that the claims of JULIE WARDIGO. are determined to be NOT ALLOWED.

The claim is disallowed on the grounds that the claimant has failed to prosecute her claim nor provided the Court or her former counsel with her current address or other suitable contact information.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22229-GLT |
| David O. Marshall, Sr. | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: dkam                        Page 1 of 2
Date Rcvd: Dec 14, 2020                Form ID: pdf900                Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2020:**

**Recip ID        Recipient Name and Address**
db           +  David O. Marshall, Sr., 944 Lilly Lane, Pittsburgh, PA 15221-3912
             +  Robert S. Adams, Esq., Pollock Begg Komar Glasser, 437 Grant Street, Suite 501, Pittsburgh, PA 15219-6003

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2020                        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2020 at the address(es) listed below:**

**Name                    Email Address**

Brian Nicholas
                    on behalf of Creditor Visio Financial Services  Inc. bnicholas@kmllawgroup.com

Jeffrey R. Hunt
                    on behalf of Creditor Woodland Hills School District jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
                    on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com

Michael S. Geisler
                    on behalf of Plaintiff David O. Marshall  Sr. m.s.geisler@att.net,
                    msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Michael S. Geisler
                    on behalf of Debtor David O. Marshall  Sr. m.s.geisler@att.net,
                    msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 2 of 2 |
| Date Rcvd: Dec 14, 2020 | Form ID: pdf900 | Total Noticed: 2 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8