FILED
3/10/21 2:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-22229-GLT |
| | : | Chapter: | 13 |
| David O. Marshall, Sr. | : | | |
| | : | | |
| | : | Date: | 3/10/2021 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**     #100 - Amended Motion for Relief from Stay 35 & 36 Grant Street,
              Munhall, PA 15120.
              #102 - Response filed by Debtor

**APPEARANCES:**
              Debtor:     Michael S. Geisler
              Visio:      Maria Miksich

**NOTES:** (10:10)

Miksich: The loan has matured.  The debtor is obligated to take care of taxes and insurance.  We think we can work out an agreement and would request a continuance for 60 days.

Geisler:   I think the agreement will result in an amended plan.

Court: What's the status of plan payments?

Geisler: $740 behind, a little less than one month.

**OUTCOME:**

1. Visio Financial Services, Inc.'s *Amended Motion for Relief from Stay 35 & 36 Grant Street, Munhall, PA 15120* [Dkt. No. 100] is CONTINUED to April 7, 2021 at 1 p.m. [Text Order to Issue]

**DATED:** 3/10/2021