**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: David O. Marshall Sr.<br>　　　　　Debtor(s)<br><br>Visio Financial Services, Inc.<br>　　　　　Movant<br>　　v.<br>David O. Marshall Sr.<br>　　　　　Respondents<br>　　and<br>Ronda J. Winnecour, Trustee<br>　　　　　Additional Respondent | BK. NO. 17-22229 GLT<br><br>CHAPTER 13<br><br>Related to Docs. 96, 102<br><br>Hearing Date: 4/7/21 at 1:00 p.m. |

## STIPULATION AND ORDER

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the follow Stipulation:

WHEREAS, Movant is the holder of a mortgage secured by debtor's real property at 35 & 36 Grant Street, Munhall, PA 15120;

WHEREAS, the loan has matured as of January 1, 2015, since that date Debtor is responsible to maintain and pay for the property taxes and insurance on the property;

WHEREAS, Movant has filed a motion for relief from stay due to Debtor's failure to maintain the property taxes (Doc. 96);

WHEREAS, Debtors have filed a response opposing relief from the automatic stay (Doc. 102);

WHEREAS, the parties enter into this Stipulation to resolve the motion for relief from the automatic stay.

AND NOW, it is hereby stipulated by and between the undersigned as follows:

1. The debtor shall pay the delinquent Allegheny County and Borough of Munhall property taxes for 2017-2020 in the amount of $1,386.30 by filing an amended plan within 20 days of this

order.

2. On a go-forward basis from and after the date of the Order approving this Stipulation, the Debtor shall timely pay the property taxes and insurance.

3. The movant has not advanced taxes, and therefore, any and all tax payments made by the Chapter 13 Trustee shall be made payable to Jordan Tax Service, Inc.

Consented to by:

| | |
|---|---|
| **/s/ Michael S. Geisler** | **/s/ Maria D. Miksich** |
| Michael S. Geisler, Esq., PA ID # 39414 | Maria D. Miksich, Esq., PA ID 319383 |
| 201 Penn Center Blvd. | KML Law Group, P.C. |
| Suite 524 | 701 Market Street, Suite 5000 |
| Pittsburgh, PA 15235 | Philadelphia, PA 19106 |
| Phone: (412) 613-2133 | Phone: (412-430-3589) |
| Email: m.s.geisler@att.net | Email: mmiksich@kmllawgroup.com |

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

_____ J.