FILED
4/7/21 4:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 17-22229-GLT |
| | : | Chapter: 13 |
| David O. Marshall, Sr. | : | |
| | : | |
| | : | Date: 4/7/2021 |
| *Debtor(s).* | : | Time: 01:00 |

## PROCEEDING MEMO

**MATTER:**  #100 - Continued Hearing on Amended Motion for Relief filed by Visio
   #102 - Response filed by Debtor

**APPEARANCES:**
   Debtor:  Michael S. Geisler
   Trustee:  Owen Katz
   Visio:  Maria Miksich

**NOTES:**

Miksich:  We obtained the total amount of delinquent taxes, which is $1,386.30..  We agreed to a stipulation that was filed just before the hearing.  Debtor will file an amended plan that will account for the delinquent taxes.

Geisler:  That's correct.

Court:  Why is there not a wage attachment on this case?  The schedules show that he is employed by the Pennsylvania Department of Transportation.

Geisler: Not sure if still working there. I'm thinking he may have retired.

Court:  $885 is the plan payment.  Is he consistently paying that amount?

Geisler:  He is sending in payments like clockwork.

Katz:  The Debtor is paying $700 each month, but since the plan payment is $885, there is an arrearage of $925 through March.

Geisler:  I will look into it.

**OUTCOME:**

1. The *Amended Motion for Relief from Stay [Dkt. No. 100]* is resolved pursuant to stipulation.  [DB to approve stipulation at Dkt. No. 105].

2. On or before April 21, 2021, Debtor shall file a motion for a wage attachment for an amount no less than the current plan payment of $885/month.  [Text Order to issue].

3. On or before April 27, 2021, Debtor shall file an amended plan that includes repayment of the real estate taxes advanced by Visio Financial Services, Inc. [DB to issue system order setting deadline to file plan and establishing conciliation date].

**DATED:** 4/7/2021