**Form 151**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**David O. Marshall Sr.**
  Debtor(s)

Bankruptcy Case No.: 17–22229–GLT
Issued Per 4/7/2021 Hearing
Chapter: 13
Docket No.: 107 – 100
Concil. Conf.: June 3, 2021 at 09:30 AM

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

on the respondent(s) at (list names and addresses here):

Executed on _____        _____
                  (Date)                                              (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                          Case No. 17-22229-GLT

David O. Marshall, Sr.                                          Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                     User: dbas                          Page 1 of 2

Date Rcvd: Apr 07, 2021                  Form ID: 151                        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2021:**

**Recip ID**          **Recipient Name and Address**
db                + David O. Marshall, Sr., 944 Lilly Lane, Pittsburgh, PA 15221-3912

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2021 at the address(es) listed below:**

**Name**              **Email Address**

Brian Nicholas

        on behalf of Creditor Visio Financial Services  Inc. bnicholas@kmllawgroup.com

Jeffrey R. Hunt

        on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt

        on behalf of Creditor Woodland Hills School District jhunt@grblaw.com  cnoroski@grblaw.com

Maria Miksich

        on behalf of Creditor Visio Financial Services  Inc. mmiksich@kmllawgroup.com

Michael S. Geisler

        on behalf of Plaintiff David O. Marshall  Sr. m.s.geisler@att.net,
        msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Michael S. Geisler

        on behalf of Debtor David O. Marshall  Sr. m.s.geisler@att.net,

District/off: 0315-2                                      User: dbas                                      Page 2 of 2

Date Rcvd: Apr 07, 2021                                  Form ID: 151                                     Total Noticed: 1

msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

S. James Wallace
                    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 9