**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/7/21 5:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: David O. Marshall Sr. <br>      Debtor(s) <br><br> Visio Financial Services, Inc. <br>      Movant <br>   v. <br> David O. Marshall Sr. <br>      Respondents <br>   and <br> Ronda J. Winnecour, Trustee <br>      Additional Respondent | BK. NO. 17-22229 GLT <br><br> CHAPTER 13 <br><br> Related to Docs. 96, 102 & 105 <br><br> Hearing Date: 4/7/21 at 1:00 p.m. |

## STIPULATION AND ORDER

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the follow Stipulation:

WHEREAS, Movant is the holder of a mortgage secured by debtor's real property at 35 & 36 Grant Street, Munhall, PA 15120;

WHEREAS, the loan has matured as of January 1, 2015, since that date Debtor is responsible to maintain and pay for the property taxes and insurance on the property;

WHEREAS, Movant has filed a motion for relief from stay due to Debtor's failure to maintain the property taxes (Doc. 96);

WHEREAS, Debtors have filed a response opposing relief from the automatic stay (Doc. 102);

WHEREAS, the parties enter into this Stipulation to resolve the motion for relief from the automatic stay.

AND NOW, it is hereby stipulated by and between the undersigned as follows:

1. The debtor shall pay the delinquent Allegheny County and Borough of Munhall property taxes for 2017-2020 in the amount of $1,386.30 by filing an amended plan within 20 days of this

order.

2. On a go-forward basis from and after the date of the Order approving this Stipulation, the Debtor shall timely pay the property taxes and insurance.

3. The movant has not advanced taxes, and therefore, any and all tax payments made by the Chapter 13 Trustee shall be made payable to Jordan Tax Service, Inc.

Consented to by:

| | |
|---|---|
| **/s/ Michael S. Geisler** | **/s/ Maria D. Miksich** |
| Michael S. Geisler, Esq., PA ID # 39414 | Maria D. Miksich, Esq., PA ID 319383 |
| 201 Penn Center Blvd. | KML Law Group, P.C. |
| Suite 524 | 701 Market Street, Suite 5000 |
| Pittsburgh, PA 15235 | Philadelphia, PA 19106 |
| Phone: (412) 613-2133 | Phone: (412-430-3589) |
| Email: m.s.geisler@att.net | Email: mmiksich@kmllawgroup.com |

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

Gregory L. Taddonio, Judge
United States Bankruptcy Court

DATED: April 07, 2021

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22229-GLT |
| David O. Marshall, Sr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 2 |
| Date Rcvd: Apr 08, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2021:**

**Recip ID        Recipient Name and Address**
db            + David O. Marshall, Sr., 944 Lilly Lane, Pittsburgh, PA 15221-3912

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2021            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2021 at the address(es) listed below:**

**Name**            **Email Address**

Brian Nicholas
                on behalf of Creditor Visio Financial Services  Inc. bnicholas@kmllawgroup.com

Jeffrey R. Hunt
                on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
                on behalf of Creditor Woodland Hills School District jhunt@grblaw.com  cnoroski@grblaw.com

Maria Miksich
                on behalf of Creditor Visio Financial Services  Inc. mmiksich@kmllawgroup.com

Michael S. Geisler
                on behalf of Plaintiff David O. Marshall  Sr. m.s.geisler@att.net,
                msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Michael S. Geisler
                on behalf of Debtor David O. Marshall  Sr. m.s.geisler@att.net,

District/off: 0315-2 | User: dkam | Page 2 of 2
Date Rcvd: Apr 08, 2021 | Form ID: pdf900 | Total Noticed: 1

    msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 9