FILED
5/28/21 8:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| **DAVID O. MARSHALL, SR.,** | : | Case No. **17-22229-GLT** |
| *Debtor* | : | Related to Docket No. 113 & 116 |
| **DAVID O. MARSHALL, SR.,** | : | |
| *Movant,* | : | |
| vs | : | |
| ACE PROPERTY GROUP, BOROUGH OF MUNHALL, CAROLYN J AND HENRY D. SMITH, CBCS, CLEAR SPRING LOAN SERVICES, COUNTY OF ALLEGHENY, DISTRICT COURT 05-2-15, DUQUESNE LIGHT COMPANY, FCI LENDER SERVICES, INC., GRAND VACATION SERVICES, LLC., KALMEYER & KALMEYER, LMS PROPERTIES ERIE, LLC., LOBOS MANAGEMENT CO., MBANK, MUNHALL MUNICIPAL SANITARY SEWER AUTHORITY, PA-AMERICAN WATER COMPANY, PA. DEPT. OF LABOR AND INDUSTRY, PENNSYLVANIA DEPARTMENT OF REVENUE, PEOPLES NATURAL GAS COMPANY LLC., PNC BANK, N.A., PORTFOLIO RECOVERY ASSOCIATES, LLC., REGUS, SHAWN BRANTLEY & JULIE WARDIGO, WILKINSBURG-PENN JOINT WATER AUTHORITY and WOODLAND HILLS SCHOOL DISTRICT | : | |
| *Respondents* | : | |

## ORDER OF COURT

AND NOW, this ___28th Day of May___, 2021, upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED and DECREED, that the Motion to Reconsider Dismissal of Case [Dkt. No. 116] is DENIED. Per the Order dated. April 7, 2021 [Dkt. No. 107] the Debtor was to file a motion for a wage attachment for an amount no less than the current plan payment of $885.00 per month. Since the Debtor has not yet fully complied with the Court's April 7, 2021 Order [Dkt. No. 107], the dismissal order stands.

Gregory L. Taddonio, Judge J.
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22229-GLT |
| David O. Marshall, Sr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 2 |
| Date Rcvd: May 28, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David O. Marshall, Sr., 944 Lilly Lane, Pittsburgh, PA 15221-3912 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2021            Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Visio Financial Services Inc. bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Woodland Hills School District jhunt@grblaw.com cnoroski@grblaw.com |
| Maria Miksich | on behalf of Creditor Visio Financial Services Inc. mmiksich@kmllawgroup.com |
| Michael S. Geisler | on behalf of Plaintiff David O. Marshall Sr. m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Michael S. Geisler | on behalf of Debtor David O. Marshall Sr. m.s.geisler@att.net, |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 2 of 2 |
| Date Rcvd: May 28, 2021 | Form ID: pdf900 | Total Noticed: 1 |

      msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Office of the United States Trustee
      ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
      cmecf@chapter13trusteewdpa.com

S. James Wallace
      on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 9