IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **DAVID O. MARSHALL, SR.,** | : | Case No. **17-22229-GLT** |
| *Debtor* | : | |
| | : | Related to Doc. No. 118, |
| **DAVID O. MARSHALL, SR.,** | : | 120 & 122 |
| *Movant,* | : | |
| vs | : | Hearing Date: 6/30/2021 |
| ACE PROPERTY GROUP, BOROUGH OF MUNHALL, CAROLYN J AND HENRY D. SMITH, CBCS, CLEAR SPRING LOAN SERVICES, COUNTY OF ALLEGHENY, DISTRICT COURT 05-2-15, DUQUESNE LIGHT COMPANY, FCI LENDER SERVICES, INC., GRAND VACATION SERVICES, LLC., KALMEYER & KALMEYER, LMS PROPERTIES ERIE, LLC., LOBOS MANAGEMENT CO., MBANK, MUNHALL MUNICIPAL SANITARY SEWER AUTHORITY, PA-AMERICAN WATER COMPANY, PA. DEPT. OF LABOR AND INDUSTRY, PENNSYLVANIA DEPARTMENT OF REVENUE, PEOPLES NATURAL GAS COMPANY LLC., PNC BANK, N.A., PORTFOLIO RECOVERY ASSOCIATES, LLC., REGUS, SHAWN BRANTLEY & JULIE WARDIGO, WILKINSBURG-PENN JOINT WATER AUTHORITY and WOODLAND HILLS SCHOOL DISTRICT | : | at 11:00 a.m. |
| *Respondents* | : | |

## CERTIFICATE OF NO OBJECTION REGARDING DEBTOR'S MOTION TO RECONSIDER ORDER DENYING MOTION TO RECONSIDER

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **5/28/2021** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **6/18/2021.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

DATED: 6/25/2021

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**
Attorney for Movant
Pa. I.D. No. 39414
201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-mail: m.s.geisler@att.net