**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**David O. Marshall Sr.**
   Debtor(s)

Bankruptcy Case No.: 17–22229–GLT
Realted to Docket No. 115
Chapter: 13
Docket No.: 128 – 115
Concil. Conf.: August 12, 2021 at 10:30 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __12th__ day of __July__, __2021__, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

First Class Mail, Postage Prepaid, unless otherwise indicated below.

on the respondent(s) at (list names and addresses here):

See attached pages.

Executed on __7/12/2021__     /s/ Michael S. Geisler
          (Date)                          (Signature)

MICHAEL S. GEISLER, ESQUIRE  201 Penn Center Blvd., Suite 524, Pittsburgh, PA 15235
(Type Name and Mailing Address of Person Who Made Service)

RONDA J. WINNECOUR, TRUSTEE  (BY ELECTRONIC MEANS)
3250 US Steel Tower
Pittsburgh, PA 15219

OFFICE OF THE U.S. TRUSTEE  (BY ELECTRONIC MEANS)
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

ACE Property Group
262 East Gate Drive
PMB 266
Aiken, SC 29803

ACE Property Group
17792 Moro Road
Salinas, CA 93907

Borough of Munhall
Tax Department
1900 West Street
Munhall, PA 15120

CBCS
P.O. Box 2724
Columbus, OH 43216-2724

Clear Spring Loan Services
18451 North Dallas Parkway, Suite 100
Dallas, TX 75287

County of Allegheny and
Woodland Hills School District
c/o Jeffrey R. Hunt, Esquire
Goehring, Rutter & Boehm
437 Grant Street, 14th Floor
Pittsburgh, PA 15219

District Court 05-2-15
510 East 6th Avenue
Munhall, PA 15120

Duquesne Light Company
Attn: Tara R Pfeifer, Litigation Counsel
411 7th Avenue
Mail Drop 16-1
Pittsburgh, PA 15219

FCI Lender Services, Inc.
8190 E. Kaiser Blvd.
Anaheim, CA 92808

Grand Vacation Services, LLC
6335 Metro West Blvd., Suite 180
Orlando, FL 32835

Kalmeyer & Kalmeyer
410 Rodi Road
Pittsburgh, PA 15235

Legal Tax Service, Inc.
714 Lebanon Road
West Mifflin, PA 15122

LMS Properties Erie, LLC
P.O. Box 10954
Erie, PA 16514

Lobos Management Co.
P.O. Box 81067
Pittsburgh, PA 15217

MBank
17898 SW McEwan Road, Suite 200
Tigard, OR 97224

Maria Miksich, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Brian Nicholas, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Pa-American Water Company
P.O. Box 347412
Pittsburgh, PA 15250-7412

Pa. Dept. of Labor and Industry
Employer's Charge Section
P.O. Box 67504
Harrisburg, PA 17106-7504

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Peoples Natural Gas Company LLC.
c/o S. James Wallace, P.C.
Goehring, Rutter & Boehm
437 Grant Street, 14th Floor
Pittsburgh, PA 15219

Portfolio Recovery Associates, LLC.
P.O. Box 12914
Norfolk VA 23541

Regus
P.O. Box 842456
Dallas, TX 75284-2456

Robert S. Adams, Esquire
427 Grant Street, Suite 501
Pittsburgh, PA 15219

Visio Financial Services, Inc.
c/o BSI Financial Services
1425 Greenway Drive, #400
Irving, TX 75038

Wilkinsburg-Penn Joint Water Authority
2200 Robinson Blvd.
Pittsburgh, PA 15221