IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **DAVID O. MARSHALL, SR.,** | : | Case No. **17-22229-GLT** |
| *Debtor* | : | |
| | : | Related to Doc. Nos. 118 |
| **DAVID O. MARSHALL, SR.,** | : | and 126 |
| *Movant,* | : | |
| vs | : | |
| ACE PROPERTY GROUP, BOROUGH OF MUNHALL, CAROLYN J AND HENRY D. SMITH, CBCS, CLEAR SPRING LOAN SERVICES, COUNTY OF ALLEGHENY, DISTRICT COURT 05-2-15, DUQUESNE LIGHT COMPANY, FCI LENDER SERVICES, INC., GRAND VACATION SERVICES, LLC., KALMEYER & KALMEYER, LMS PROPERTIES ERIE, LLC., LOBOS MANAGEMENT CO., MBANK, MUNHALL MUNICIPAL SANITARY SEWER AUTHORITY, PA-AMERICAN WATER COMPANY, PA. DEPT. OF LABOR AND INDUSTRY, PENNSYLVANIA DEPARTMENT OF REVENUE, PEOPLES NATURAL GAS COMPANY LLC., PNC BANK, N.A., PORTFOLIO RECOVERY ASSOCIATES, LLC., REGUS, SHAWN BRANTLEY & JULIE WARDIGO, WILKINSBURG-PENN JOINT WATER AUTHORITY and WOODLAND HILLS SCHOOL DISTRICT | : | |
| *Respondents* | : | |

## **CERTIFICATE OF SERVICE**

I, MICHAEL S. GEISLER, ESQUIRE, Attorney for the Debtor, hereby certify that I have served a true and correct copy of the Modified Order Granting Motion to Reconsider upon the following by First Class Mail, Postage Prepaid:

RONDA J. WINNECOUR, TRUSTEE            (BY ELECTRONIC MEANS)
3250 US Steel Tower
Pittsburgh, PA 15219

OFFICE OF THE U.S. TRUSTEE            (BY ELECTRONIC MEANS)
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

ACE Property Group
262 East Gate Drive
PMB 266
Aiken, SC 29803

ACE Property Group
17792 Moro Road
Salinas, CA 93907

Borough of Munhall
Tax Department
1900 West Street
Munhall, PA 15120

CBCS
P.O. Box 2724
Columbus, OH 43216-2724

Clear Spring Loan Services
18451 North Dallas Parkway, Suite 100
Dallas, TX 75287

County of Allegheny and
Woodland Hills School District
c/o Jeffrey R. Hunt, Esquire
Goehring, Rutter & Boehm
437 Grant Street, 14th Floor
Pittsburgh, PA 15219

District Court 05-2-15
510 East 6th Avenue
Munhall, PA 15120

Duquesne Light Company
Attn: Tara R Pfeifer, Litigation Counsel
411 7th Avenue
Mail Drop 16-1
Pittsburgh, PA 15219

FCI Lender Services, Inc.
8190 E. Kaiser Blvd.
Anaheim, CA 92808

Grand Vacation Services, LLC
6335 Metro West Blvd., Suite 180
Orlando, FL 32835

Kalmeyer & Kalmeyer
410 Rodi Road
Pittsburgh, PA 15235

Legal Tax Service, Inc.
714 Lebanon Road
West Mifflin, PA 15122

LMS Properties Erie, LLC
P.O. Box 10954
Erie, PA 16514

Lobos Management Co.
P.O. Box 81067
Pittsburgh, PA 15217

MBank
17898 SW McEwan Road, Suite 200
Tigard, OR 97224

Maria Miksich, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Brian Nicholas, Esquire
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Pa-American Water Company
P.O. Box 347412
Pittsburgh, PA 15250-7412

Pa. Dept. of Labor and Industry
Employer's Charge Section
P.O. Box 67504
Harrisburg, PA 17106-7504

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Peoples Natural Gas Company LLC.
c/o S. James Wallace, P.C.
Goehring, Rutter & Boehm
437 Grant Street, 14th Floor
Pittsburgh, PA 15219

Portfolio Recovery Associates, LLC.
P.O. Box 12914
Norfolk VA 23541

Regus
P.O. Box 842456
Dallas, TX 75284-2456

Robert S. Adams, Esquire
427 Grant Street, Suite 501
Pittsburgh, PA 15219

Visio Financial Services, Inc.
c/o BSI Financial Services
1425 Greenway Drive, #400
Irving, TX 75038

Wilkinsburg-Penn Joint Water Authority
2200 Robinson Blvd.
Pittsburgh, PA 15221


DATED: 7/12/2021

/s/ Michael S. Geisler

**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtor

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele:(412) 613-2133
E-mail: m.s.geisler@att.net