FILED
8/12/21 8:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: David O. Marshall Sr.
                Debtor(s)

Visio Financial Services, Inc., its successors and/or assigns
                Movant
            v.
David O. Marshall Sr.
Ronda J. Winnecour, Trustee
                Respondents

BK. NO. 17-22229 GLT

CHAPTER 13

Related to Doc. No. 115, 127 & 133
Related to Claim No. 9

## **CONSENT ORDER**

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the follow Consent Order:

WHEREAS, Visio Financial Services, Inc., its successors and/or assigns ("Movant") has filed a total debt Proof of Claim (Claim 9), on the mortgage secured by Debtor's real property at 35 and 36 Grant Street, Munhall, PA 15120;

WHEREAS, Debtor filed an Amended Chapter 13 plan proposing to pay Movant's Claim at a reduced claim amount (Doc. 115);

WHEREAS, Movant has filed an Objection to Confirmation of the Debtor's Chapter 13 Plan (Doc. 127);

WHEREAS, the parties enter into this Stipulation to resolve the Objection to Confirmation of the Amended Chapter 13 Plan.

AND NOW, it is hereby stipulated by and between the undersigned as follows:

1. The parties agree that Movant's total debt secured Claim 9 in the amount of $21,347.00 is to be paid in full at a 6% interest rate.

2.  Debtor shall be responsible for maintaining and paying all real property taxes and hazard insurance on the property as required by the Note and Mortgage, and upon request, providing secured creditor with proof of payment of real property taxes and valid hazard insurance for the property. Debtor shall have the Creditor named as loss payee on the property insurance. Debtor shall provide annual proof of insurance to both the Creditor and Creditor's attorney, for the duration of the case, 30 days prior to the insurance lapsing. Failure to do so constitutes a default hereunder and Creditor may file a Certification of Default and request for stay relief on notice to the Debtor, Debtor's Attorney and Chapter 13 Trustee.

Consented to by:

| /s/ Michael S. Geisler | /s/ Maria D. Miksich |
|---|---|
| Michael S. Geisler, Esq. | Maria D. Miksich, Esq., PA ID 319383 |
| PA ID 39414 | KML Law Group, P.C. |
| 201 Penn Center Blvd. Ste 524 | 701 Market Street, Suite 5000 |
| Pittsburgh, PA 15235 | Philadelphia, PA 19106 |
| Phone: (412) 613-2133 | Phone: (412-430-3589) |
| Email: m.s.geisler@att.net | Email: mmiksich@kmllawgroup.com |

It is hereby ORDERED that the parties' Consent Order be and hereby is APPROVED.

By the Court,

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

DATED: August 12, 2021

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                              Case No. 17-22229-GLT
David O. Marshall, Sr.                                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2             User: dkam             Page 1 of 2
Date Rcvd: Aug 12, 2021      Form ID: pdf900        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David O. Marshall, Sr., 944 Lilly Lane, Pittsburgh, PA 15221-3912 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2021           Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Visio Financial Services Inc. bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Woodland Hills School District jhunt@grblaw.com cnoroski@grblaw.com |
| Maria Miksich | on behalf of Creditor Visio Financial Services Inc. mmiksich@kmllawgroup.com |
| Michael S. Geisler | on behalf of Plaintiff David O. Marshall Sr. m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Michael S. Geisler | |

| District/off: 0315-2 | User: dkam | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 12, 2021 | Form ID: pdf900 | Total Noticed: 1 |

       on behalf of Debtor David O. Marshall  Sr. m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Office of the United States Trustee
       ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
       cmecf@chapter13trusteewdpa.com

S. James Wallace
       on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 9