# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David O. Marshall Sr.<br>　　　　　　　　Debtor(s) | |
| | CHAPTER 13 |
| Visio Financial Services, Inc.<br>　　　　　　　　Movant<br>　　vs. | |
| David O. Marshall Sr.<br>　　　　　　　　Debtor(s) | NO. 17-22229 GLT |
| Ronda J. Winnecour<br>　　　　　　　　Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion for Relief from the Automatic Stay captioned "Visio Financial Services, Inc., v. David O. Marshall Sr., Case No. 17-22229-GLT" which was inadvertently filed in the within case on or about **February 18, 2022at Docket No. 140.**

                                Respectfully submitted,

                                **/s/ Denise Carlon, Esquire**
                                Denise Carlon, Esquire
                                dcarlon@kmllawgroup.com
                                Attorney I.D. No. 317226
                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106
                                Phone: 215-627-1322
                                Attorney for Movant/Applicant

Dated: April 14, 2022