IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In RE:

| | |
|---|---|
| DAVID O. MARSHALL, | ) |
|     Debtor, | ) Bankruptcy Case No. 17-22229-GLT |
| | ) |
| PEOPLES NATURAL GAS COMPANY, LLC, | ) Chapter 13 |
| | ) |
|     Movant, | ) Related to Docket No. 47 |
| vs. | ) |
| DAVID O. MARSHALL and RONDA J. WINNECOUR, TRUSTEE, | ) |
| | ) |
|     Respondents. | ) |

## STIPULATION AND CONSENT ORDER OF COURT

AND NOW, to-wit, this 13th day of April 2022, upon stipulation and consent of the parties, it is hereby ORDERED, ADJUDGED and DECREED that:

1. A Motion for Allowance of Administrative Claim was filed by Movant on May 21, 2019 at Docket No. 42.

2. A Default Order of Court was entered June 12, 2019 at Docket No. 47 which included Peoples Natural Gas at $212.59 beginning July 2019 on account number xxxxxxxx3793.

3. Peoples Natural Gas is currently listed as Trustee's Claim Number 38.

4. As of the date of signing of this Stipulation and Consent Order there is a credit on the Debtor's Peoples Natural Gas account.

5. In view of this credit and that the case is almost complete, the parties agree that the Default Order of Court dated June 12, 2019 at Docket No. 47 is hereby vacated.

6. Peoples Natural Gas Company LLC shall refund the credit of $1,522.83 to the Chapter 13 Trustee's Office within twenty (20) days of the date of this Order.

7. Debtor shall resume making direct payments to Peoples Natural Gas with any remaining credit on hand to be applied to current usage.

BY THE COURT:

Gregory L. Taddonio    jah
United States Bankruptcy Judge

Consented to by:

/s/ Michael S. Geisler
Michael S. Geisler, Esquire
Attorney for Debtor
Pa. I.D. No. 39414
201 Penn Center Blvd.
Suite 524
Pittsburgh, PA 15235
412-613-2133
m.s.geisler@att.net

/s/ Jeffrey R. Hunt
Jeffrey R. Hunt, Esquire
Atty for Peoples Natural Gas Company, LLC
Pa. I.D. No. 90342
GRB Law
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219
412-281-0587
jhunt@grblaw.com

/s/ James C. Warmbrodt
James C. Warmbrodt, Esquire
Attorney for Chapter 13 Trustee
Pa. I.D. No. 42524
U.S. Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
412-471-5470
jwarmbrodt@chapter13trusteewdpa.com

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22229-GLT |
| David O. Marshall, Sr. | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 13, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David O. Marshall, Sr., 944 Lilly Lane, Pittsburgh, PA 15221-3912 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: ebnpeoples@grblaw.com | Apr 13 2022 23:13:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Visio Financial Services Inc. bnicholas@kmllawgroup.com |
| Denise Carlon | |
| | on behalf of Creditor Visio Financial Services Inc. dcarlon@kmllawgroup.com |
| Jeffrey Hunt | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Apr 13, 2022 | Form ID: pdf900 | Total Noticed: 2

on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Woodland Hills School District jhunt@grblaw.com

Maria Miksich
    on behalf of Creditor Visio Financial Services Inc. mmiksich@kmllawgroup.com

Michael S. Geisler
    on behalf of Debtor David O. Marshall Sr. m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Michael S. Geisler
    on behalf of Plaintiff David O. Marshall Sr. m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 11