**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/19/22 2:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: David O. Marshall Sr.<br>_Debtor._ | CHAPTER 13<br><br>CASE NO. 17-22229 GLT |
| Ronda J. Winnecour, Chapter 13 Trustee,<br>_Movant,_<br><br>vs.<br><br>Visio Financial Services, Inc.<br>_Respondent_ | Related to Doc. 156 & 159<br><br>Hearing Date: 7/27/2022 at 10:00 a.m. |

**ORDER**

Upon consideration of the Motion filed by Visio Financial Services, Inc., it is **Ordered** and **Decreed** that the Motion is **granted**, and the hearing scheduled for July 27, 2022 at 10:00 a.m. is hereby continued for 30 days to August 24, 2022 at 10:00 AM via P01 Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing no later than 4.P.M. on the business day prior to the scheduled hearing.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22229-GLT |
| David O. Marshall, Sr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 19, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2022:**

**Recip ID        Recipient Name and Address**
db            +  David O. Marshall, Sr., 944 Lilly Lane, Pittsburgh, PA 15221-3912

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 21, 2022            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2022 at the address(es) listed below:

**Name**            **Email Address**

Brian Nicholas
            on behalf of Creditor Visio Financial Services  Inc. bnicholas@kmllawgroup.com

Denise Carlon
            on behalf of Creditor Visio Financial Services  Inc. dcarlon@kmllawgroup.com

Jeffrey Hunt
            on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Jeffrey R. Hunt
            on behalf of Creditor County of Allegheny jhunt@grblaw.com

Jeffrey R. Hunt
            on behalf of Creditor Woodland Hills School District jhunt@grblaw.com

Maria Miksich
            on behalf of Creditor Visio Financial Services  Inc. mmiksich@kmllawgroup.com

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 19, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Michael S. Geisler
    on behalf of Plaintiff David O. Marshall  Sr. m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Michael S. Geisler
    on behalf of Debtor David O. Marshall  Sr. m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 11