**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | David O. Marshall Sr.<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8320<br>EIN  __-_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __-_____ |

United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA

Case number:  17-22229-GLT

# Order of Discharge                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David O. Marshall Sr.

11/14/22                                                         **By the court:** Gregory L. Taddonio
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22229-GLT |
| David O. Marshall, Sr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 14, 2022 | Form ID: 3180W | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David O. Marshall, Sr., 944 Lilly Lane, Pittsburgh, PA 15221-3912 |
| 14635119 | + | ACE Property Group, 262 East Gate Drive, PMB 266, Aiken, SC 29803-7698 |
| 14649236 | + | ACE Property Group, 17792 Moro Road, Salinas, CA 93907-8524 |
| 14635120 | + | Borough of Munhall, Tax Department, 1900 West Street, Munhall, PA 15120-2561 |
| 14635122 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14635121 | + | Carolyn J and Henry D. Smith, 115 N. Beatty Street, Apt. 318, Pittsburgh, PA 15206-3059 |
| 14635123 | + | Clear Spring, 18451 North Dallas Parkway, Suite 100, Dallas, TX 75287-5209 |
| 14649237 | | County of Allegheny, c/o Goehring, Rutter & Boehm, 14th Floor, Frick Building, Pittsburgh, PA 15219 |
| 14635125 | + | FCI Lender Services, Inc., 8190E. Kaiser Blvd., Anaheim, CA 92808-2215 |
| 14635126 | | Grand Vacation Services, LLC, 6335 Metro West Blvd., Suite 180, Orlando, FL 32835 |
| 14635127 | | Honorable Thomas R. Torkowsky, 510 East 6th Avenue, Munhall, PA 15120 |
| 14635128 | + | Kalmeyer & Kalmeyer, 410 Rodi Road, Pittsburgh, PA 15235-4519 |
| 14649239 | + | LMS Properties Erie, LLC, P.O. Box 10954, Erie, PA 16514-0954 |
| 14649238 | + | Legal Tax Service, Inc., 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 14635129 | + | Lobos Management Co., P.O. Box 81067, Pittsburgh, PA 15217-0567 |
| 14635130 | | MBank, 17898 SW McEwan Road, Suite 200, Tigard, OR 97224 |
| 14635131 | | Pa-American Water Company, P.O. Box 347412, Pittsburgh, PA 15250-7412 |
| 14635132 | | Pa. Dept. of Labor and Industry, Employer's Charge Section, P.O. Box 67504, Harrisburg, PA 17106-7504 |
| 14635133 | | Peoples Natural Gas Company, P.O. Box 535323, Pittsburgh, PA 15253-5323 |
| 14635136 | + | Powers, Kirn & Associates, LLC, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 14635137 | | Regus, P.O. Box 842456, Dallas, TX 75284-2456 |
| 14649241 | | Shawn Brantley & Julie Wardigo, 35 & 36 Grant Street, Munhall, PA 15120 |
| 14649242 | + | Visio Financial Services, Inc., 18451 N. Dallas Parkway, Suite 100, Dallas, TX 75287-5209 |
| 14635138 | + | Wilkinsburg-Penn Joint Water Authority, 2200 Robinson Blvd., Pittsburgh, PA 15221-1193 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Nov 15 2022 08:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 15 2022 03:26:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnjts@grblaw.com | Nov 15 2022 03:26:00 | County of Allegheny, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Nov 15 2022 03:26:00 | Woodland Hills School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14635124 | | Email/Text: kburkley@bernsteinlaw.com | Nov 15 2022 03:26:00 | Duquesne Light Company, P.O. Box 1930, Pittsburgh, PA 15230-1930 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 14, 2022 | Form ID: 3180W | Total Noticed: 36 |

| Recip ID | | Notice type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14659270 | + | Email/Text: ebnjts@grblaw.com | Nov 15 2022 03:26:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14700650 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 15 2022 03:26:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14635135 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 15 2022 03:26:00 | PNC Bank, P.O. Box 535230, Pittsburgh, PA 15253-5239 |
| 14696872 | | EDI: PRA.COM | Nov 15 2022 08:23:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14643811 | | EDI: PENNDEPTREV | Nov 15 2022 08:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14643811 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 15 2022 03:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15055171 | + | Email/Text: ebnpeoples@grblaw.com | Nov 15 2022 03:26:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15137612 | + | Email/Text: bankruptcy@bsifinancial.com | Nov 15 2022 03:26:00 | Visio Financial Services, Inc., c/o BSI Financial Services, 1425 Greenway Drive, #400, Irving, TX 75038-2480 |
| 14659271 | + | Email/Text: ebnjts@grblaw.com | Nov 15 2022 03:26:00 | Woodland Hills School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aud | | Julie Wardigo |
| cr | | Julie Wardigo |
| cr | | Visio Financial Services, Inc. |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14643830 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14649240 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14635134 | * | Peoples Natural Gas Company, P.O. Box 535323, Pittsburgh, PA 15253-5323 |

TOTAL: 3 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2022   Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Visio Financial Services  Inc. bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Visio Financial Services  Inc. dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor Woodland Hills School District jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Maria Miksich | on behalf of Creditor Visio Financial Services  Inc. mmiksich@kmllawgroup.com |
| Michael S. Geisler | on behalf of Plaintiff David O. Marshall  Sr. m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Michael S. Geisler | on behalf of Debtor David O. Marshall  Sr. m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 11