IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/14/22 9:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
DAVID O. MARSHALL, SR.

  Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:17-22229

Chapter 13

Related to Docket No. 164

ORDER OF COURT

AND NOW, this ___14th Day of November, 2022___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
drb

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22229-GLT |
| David O. Marshall, Sr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 14, 2022 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David O. Marshall, Sr., 944 Lilly Lane, Pittsburgh, PA 15221-3912 |
| 14635119 | + | ACE Property Group, 262 East Gate Drive, PMB 266, Aiken, SC 29803-7698 |
| 14649236 | + | ACE Property Group, 17792 Moro Road, Salinas, CA 93907-8524 |
| 14635120 | + | Borough of Munhall, Tax Department, 1900 West Street, Munhall, PA 15120-2561 |
| 14635122 | | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 14635121 | + | Carolyn J and Henry D. Smith, 115 N. Beatty Street, Apt. 318, Pittsburgh, PA 15206-3059 |
| 14635123 | + | Clear Spring, 18451 North Dallas Parkway, Suite 100, Dallas, TX 75287-5209 |
| 14649237 | | County of Allegheny, c/o Goehring, Rutter & Boehm, 14th Floor, Frick Building, Pittsburgh, PA 15219 |
| 14635125 | + | FCI Lender Services, Inc., 8190E. Kaiser Blvd., Anaheim, CA 92808-2215 |
| 14635126 | | Grand Vacation Services, LLC, 6335 Metro West Blvd., Suite 180, Orlando, FL 32835 |
| 14635127 | | Honorable Thomas R. Torkowsky, 510 East 6th Avenue, Munhall, PA 15120 |
| 14635128 | + | Kalmeyer & Kalmeyer, 410 Rodi Road, Pittsburgh, PA 15235-4519 |
| 14649239 | + | LMS Properties Erie, LLC, P.O. Box 10954, Erie, PA 16514-0954 |
| 14649238 | + | Legal Tax Service, Inc., 714 Lebanon Road, West Mifflin, PA 15122-1030 |
| 14635129 | + | Lobos Management Co., P.O. Box 81067, Pittsburgh, PA 15217-0567 |
| 14635130 | | MBank, 17898 SW McEwan Road, Suite 200, Tigard, OR 97224 |
| 14635131 | | Pa-American Water Company, P.O. Box 347412, Pittsburgh, PA 15250-7412 |
| 14635132 | | Pa. Dept. of Labor and Industry, Employer's Charge Section, P.O. Box 67504, Harrisburg, PA 17106-7504 |
| 14635133 | | Peoples Natural Gas Company, P.O. Box 535323, Pittsburgh, PA 15253-5323 |
| 14635136 | + | Powers, Kirn & Associates, LLC, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 14635137 | | Regus, P.O. Box 842456, Dallas, TX 75284-2456 |
| 14649241 | | Shawn Brantley & Julie Wardigo, 35 & 36 Grant Street, Munhall, PA 15120 |
| 14649242 | + | Visio Financial Services, Inc., 18451 N. Dallas Parkway, Suite 100, Dallas, TX 75287-5209 |
| 14635138 | + | Wilkinsburg-Penn Joint Water Authority, 2200 Robinson Blvd., Pittsburgh, PA 15221-1193 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Nov 15 2022 03:26:00 | County of Allegheny, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Nov 15 2022 03:26:00 | Woodland Hills School District, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14635124 | | Email/Text: kburkley@bernsteinlaw.com | Nov 15 2022 03:26:00 | Duquesne Light Company, P.O. Box 1930, Pittsburgh, PA 15230-1930 |
| 14659270 | + | Email/Text: ebnjts@grblaw.com | Nov 15 2022 03:26:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14700650 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 15 2022 03:26:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14635135 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 15 2022 03:26:00 | PNC Bank, P.O. Box 535230, Pittsburgh, PA |

Case 17-22229-GLT    Doc 179    Filed 11/16/22    Entered 11/17/22 00:34:00    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 14, 2022 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | Bypass | Notice Sent | Name and Address |
|---|---|---|---|
| 14696872 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2022 03:35:39 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14643811 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2022 03:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15055171 | + | Email/Text: ebnpeoples@grblaw.com Nov 15 2022 03:26:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15137612 | + | Email/Text: bankruptcy@bsifinancial.com Nov 15 2022 03:26:00 | Visio Financial Services, Inc., c/o BSI Financial Services, 1425 Greenway Drive, #400, Irving, TX 75038-2480 |
| 14659271 | + | Email/Text: ebnjts@grblaw.com Nov 15 2022 03:26:00 | Woodland Hills School District, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aud | | Julie Wardigo |
| cr | | Julie Wardigo |
| cr | | Visio Financial Services, Inc. |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14643830 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14649240 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14635134 | * | Peoples Natural Gas Company, P.O. Box 535323, Pittsburgh, PA 15253-5323 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2022            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Visio Financial Services Inc. bnicholas@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Visio Financial Services Inc. dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Nov 14, 2022 | Form ID: pdf900 | Total Noticed: 35 |

Jeffrey R. Hunt
    on behalf of Creditor Woodland Hills School District jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Maria Miksich
    on behalf of Creditor Visio Financial Services  Inc. mmiksich@kmllawgroup.com

Michael S. Geisler
    on behalf of Plaintiff David O. Marshall  Sr. m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Michael S. Geisler
    on behalf of Debtor David O. Marshall  Sr. m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 11