**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DAVID O. MARSHALL, SR.<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:17-22229 GLT<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 05/30/2017 and confirmed on 09/29/2017. The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | | |
|---|---|---|---|
| Total Receipts | | | 58,534.00 |
| Less Refunds to Debtor | | 348.88 | |
| TOTAL AMOUNT OF PLAN FUND | | | 58,185.12 |
| | | | |
| Administrative Fees | | | |
|   Filing Fee | | 0.00 | |
|   Notice Fee | | 0.00 | |
|   Attorney Fee | | 2,800.00 | |
|   Trustee Fee | | 2,524.21 | |
|   Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 5,324.21 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
|   ACE PROPERTY GROUP LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 414.36 | 414.36 | 144.91 | 559.27 |
|     Acct: 5B52 | | | | |
|   PA DEPARTMENT OF REVENUE* | 804.14 | 804.14 | 93.80 | 897.94 |
|     Acct: 8320 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 136.69 | 136.69 | 0.00 | 136.69 |
|     Acct: 5B52 | | | | |
|   WOODLAND HILLS SD (N BRADDOCK)(RE | 1,394.30 | 1,394.30 | 406.70 | 1,801.00 |
|     Acct: 5B52 | | | | |
|   WOODLAND HILLS SD (N BRADDOCK)(RE | 406.61 | 406.61 | 0.00 | 406.61 |
|     Acct: 5B52 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 86.09 | 86.09 | 41.86 | 127.95 |
|     Acct: J138 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 6.88 | 6.88 | 0.00 | 6.88 |
|     Acct: J138 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 87.50 | 87.50 | 42.74 | 130.24 |
|     Acct: J137 | | | | |

| 17-22229 GLT | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Secured** | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 7.01 | 7.01 | 0.00 | 7.01 |
| Acct: J137 | | | | |
| PNC BANK NA | 10,046.92 | 10,046.92 | 1,492.73 | 11,539.65 |
| Acct: 3196 | | | | |
| VISIO FINANCIAL SERVICES INC | 21,347.00 | 21,347.00 | 3,840.63 | 25,187.63 |
| Acct: 3395 | | | | |
| | | | | 40,800.87 |
| **Priority** | | | | |
| MICHAEL S GEISLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DAVID O. MARSHALL, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DAVID O. MARSHALL, SR. | 333.24 | 333.24 | 0.00 | 0.00 |
| Acct: | | | | |
| DAVID O. MARSHALL, SR. | 15.64 | 15.64 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL S GEISLER ESQ | 2,800.00 | 2,800.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 324.76 | 324.76 | 0.00 | 324.76 |
| Acct: 8320 | | | | |
| JULIE WARDIGO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 5,492.64 | 5,492.64 | 0.00 | 5,492.64 |
| Acct: 3793 | | | | |
| VISIO FINANCIAL SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3395 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 263.91 | 263.91 | 29.32 | 293.23 |
| Acct: J138 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 345.70 | 345.70 | 0.00 | 345.70 |
| Acct: J138 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 256.86 | 256.86 | 28.56 | 285.42 |
| Acct: J137 | | | | |
| COUNTY OF ALLEGHENY (RE TAX)* | 332.35 | 332.35 | 0.00 | 332.35 |
| Acct: J137 | | | | |
| VISIO FINANCIAL SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3395 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 146.00 | 146.00 | 0.00 | 146.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXX INC | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXXX-GLT | | | | |
| | | | | 7,530.10 |
| **Unsecured** | | | | |
| MUNHALL BOROUGH REAL ESTATE TX | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: J137 | | | | |
| HENRY AND CAROLYN SMITH++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2197 | | | | |
| CLEARSPRING LOAN SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0049 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FCI LENDER SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1112 | | | | |
| GREAT VACATION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5028 | | | | |
| DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: | | | | |
| KALMEYER AND KALMEYER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LEGAL TAX SERVICE INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LMS PROPERTIES ERIE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LOBOS MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN \ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5863 | | | | |
| OFFICE OF UC BENEFITS POLICY** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 955.90 | 955.90 | 0.00 | 955.90 |
| Acct: 1522 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0108 | | | | |
| POWERS KIRN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1112 | | | | |
| REGUS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4282 | | | | |
| JULIE WARDIGO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILKINSBURG-PENN JT WATER AUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 0.01 | 0.01 | 0.00 | 0.01 |
| Acct: 8320 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,851.78 | 1,851.78 | 0.00 | 1,851.78 |
| Acct: 1127 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,722.25 | 1,722.25 | 0.00 | 1,722.25 |
| Acct: 8697 | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MBANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1112 | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 4,529.94 |

TOTAL PAID TO CREDITORS                                                                              52,860.91

TOTAL CLAIMED
PRIORITY            7,472.22
SECURED            34,737.50
UNSECURED           4,529.94

Date: 12/15/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com